UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED MOSHRIF,

                Plaintiff,

v.

CITY OF REDMOND, *et al.*,

                Defendants.

Case No. C12-1135-MJP

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's second amended complaint, the City of Redmond defendants' motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The City of Redmond defendants' motion to dismiss (Dkt. No. 25) is GRANTED.

(3)    Plaintiff's second amended complaint (Dkt. No. 12) and this action are DISMISSED with prejudice as to all defendants under 28 U.S.C. § 1915(e)(2)(B).

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 5th day of June, 2013.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 2